UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CLYDE H. MEANS,

　　　　　　　　　　　　Petitioner,

　　v.

ROBERT LEGRAND, et al.,

　　　　　　　　　　　　Respondents.

Case No. 3:13-cv-00224-MMD-WGC

ORDER

　　　　This is an action initiated by Clyde H. Means, a state prisoner, who has submitted a petition for writ of habeas corpus and a financial certificate.  He has not, however, filed a proper application to proceed in *forma pauperis* or paid the $5 filing fee.

　　　　This action shall be dismissed without prejudice to petitioner filing another action with a complete application to proceed in *forma pauperis* or paying the $5 filing fee.

　　　　IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice. The Clerk shall enter judgment accordingly.

　　　　DATED THIS 3rd day of May 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE