UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLYDE H. MEANS, | Case No. 3:13-cv-00224-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, et al., | |
| Respondents. | |

This is an action initiated by Clyde H. Means, a state prisoner, who has submitted a petition for writ of habeas corpus and a financial certificate.  He has not, however, filed a proper application to proceed in *forma pauperis* or paid the $5 filing fee.

This action shall be dismissed without prejudice to petitioner filing another action with a complete application to proceed in *forma pauperis* or paying the $5 filing fee.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice. The Clerk shall enter judgment accordingly.

DATED THIS 3rd day of May 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE